WENDY MEDURA KRINCEK, ESQ., Bar # 6417
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811

LISA A. SCHRETER, Admitted *Pro Hac Vice*
LITTLER MENDELSON, P.C.
3344 Peachtree Road, N.E.
Suite 1500
Atlanta, GA 30326-4803
Telephone:    404.233.0330
Fax No.:       404.233-2361

RICHARD W. BLACK, Admitted *Pro Hac Vice*
LITTLER MENDELSON, P.C.
1150 17th Street, N.W.
Suite 900
Washington, DC 20036-4803
Telephone:    202.842.3400
Fax No.:       202.842.0011

Attorneys for Defendant
TJX COMPANIES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN DUNN LUKSZA & PATRICIA FOSER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>TJX COMPANIES, INC., a Delaware corporation, d/b/a "TJ MAXX" DOES I through X; and ROE Corporations I through X, inclusive,<br><br>Defendant. | Case No. 2:11-CV-01359-JCM-GWF<br><br>**JOINT STIPULATION FOR CONTINUANCE OF JANUARY 27, 2012 HEARING ON DEFENDANT'S EMERGENCY MOTION FOR PROTECTIVE ORDER** |

For the reasons set forth below, Plaintiffs Carolyn Dunn Luksza and Patricia Foser ("Plaintiffs") and Defendant TJX Companies, Inc. ("TJX" or "Defendant") respectfully submit this Joint Motion for Continuance of the January 27, 2012 Hearing, seeking a brief continuance of the hearing and Extension of Time for Plaintiffs to Respond to Defendant's Emergency Motion for Protective Order. The facts germane to this motion are as follows:

1. On January 20, 2012, Defendant filed an Emergency Motion for Protective Order. [Dkt. No. 35]

2. By order of the Court [Dkt. No. 36], a hearing on Defendant's Emergency Motion for Protective Order has been scheduled for January 27, 2012.

3. Lisa A. Schreter, lead counsel for the Defendant, will be unable to appear for the hearing in person due to a family medical emergency which requires her spouse to undergo major non-elective hip rescission surgery on January 27, 2012.

4. On January 24, 2012, Ms. Schreter contacted Plaintiffs' counsel and sought their consent to a brief continuance of the January 27, 2001 hearing. Plaintiffs' counsel consented to this request and joins in the present motion. During this conversation, Plaintiffs' counsel sought a brief extension of time in which to file their response to Defendant's Emergency Motion for Protective Order. Defendant's counsel agreed to this request.

5. On January 25, 2012, Ms. Schreter contacted the Court and was advised that the hearing could be held telephonically and rescheduled to January 30, 2012 at 9:30 AM.

6. Specifically, the Parties hereby stipulate that:

    a. The requested continuance and extension of time to respond are not sought for any improper purpose; and

    b. The Parties have jointly agreed to the relief indicated below.

7. The Parties respectfully request the following relief:

    a. The hearing on Defendant's Emergency Motion For Protective Order be continued until January 30, 2012 at 9:30 AM (PST), and the Parties be allowed to appear for this hearing telephonically; and

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

b. The time for Plaintiffs' response to Defendant's Emergency Motion for Protective Order be enlarged from January 25 until January 27, 2012.

January 25, 2012                                             January 25, 2012

/s/ Andrew L. Rempfer                                        /s/ Lisa A. Schreter

ANDREW L. REMPFER, ESQ.                                      WENDY M. KRINCEK, ESQ.
JAMIE S. COGBURN, ESQ.                                       LISA A. SCHRETER, ESQ.
LARSON A. WELSH, ESQ.                                        RICHARD W. BLACK, ESQ.
COGBURN LAW OFFICES                                          LITTLER MENDELSON, P.C.

Attorneys for Plaintiffs                                     Attorneys for Defendant

**IT IS SO ORDERED**

**Date:** January 26, 2012

_George Foley Jr._ (signature)
**George Foley, Jr.**
**United States Magistrate Judge**

**NOTE:** The parties are instructed to call telephone number: **(702) 868-4910, password 123456,** five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is **prohibited**. *The call must be made using a land line.*

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800