1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN DUNN LUKSZA, et al., | 2:11-CV-1359 JCM (GWF) |
| Plaintiff(s), | |
| v. | |
| TJX COMPANIES, INC., | |
| Defendant(s). | |

**ORDER**

Presently before the court is defendant TJX Companies, Inc.'s motion to seal. (Doc. # 74). The motion has been filed pursuant to a stipulated protective order (doc. # 34) and according to Local Rule 10-5(b), which requires that "papers filed with the Court under seal shall be accompanied by a motion for leave to file those documents under seal." The motion seeks (1) to file a redacted version of defendant's response to plaintiff's objections and (2) to file under seal exhibit C to the declaration of Wendy M. Kricek in support of the response. (Doc. # 74, 2:2-5).

The portions of the response that defendant seeks to redact quote deposition testimony that Magistrate Judge Foley has previously permitted to be filed under seal (doc. # 53). Further, the Kricek declaration contains testimony that has been designated "confidential information" according to the stipulated protective order (doc. # 34).

. . .

. . .

. . .

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant TJX Companies, Inc.'s motion to seal (doc. # 74) be, and the same hereby is, GRANTED.

DATED September 19, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**